**LITCHFIELD COUNTY, AUGUST TERM, A. D. 1792.**

## ROWE V. STODDARD ET AL.

A grant of the water in a stream, except what shall be wanted for a particular use, the extinguishment of that use, will inure to enlarge the grant.

ACTION of the case for a nuisance, committed by diverting the water in a certain stream from the plaintiff's slitting-mill. Plea — Not guilty. Issue to the jury.

The case was — Abraham and Daniel Kilborn owners of the stream under whom the defendants claim, in October A. D. 1772 granted seven-eighths of the privilege of the stream to seven persons, to erect a saw-mill and dam upon and to enjoy it so long as they should keep up and maintain the same in good repair, reserving to themselves a sufficiency of water

to carry their fulling-mill, which stood on the same stream four days in a week; provided there should not be a sufficiency of water for both. Afterwards another grant was made, under which the plaintiff claimed, of a right to erect a slitting-mill upon the same stream, the grantee to have the water only in such manner and proportion as to leave enough for the fulling-mill four days in a week, and not to prejudice the saw-mill, in case there should not be a sufficiency of water for all three. The saw-mill was suffered to go to decay and the right of the proprietors was at an end.

The question of law in this case was — Whether the extinguishment of the right of the saw-mill in manner aforesaid, inured to the benefit of the owner of the slitting-mill to enlarge his privilege.

Verdict and judgment for the plaintiff.

By the COURT. The grant to the proprietors of the saw-mill reserved water for the fulling-mill four days in a week, and said saw-mill to continue so long only as it was kept in repair. The grant under which the plaintiff claims, is of the privilege of the water from the slitting-mill, reserving a sufficiency for the fulling-mill four days in the week, and so as not to prejudice the saw-mill. In case there should not be enough for all three, the extinguishment of the right of the saw-mill falls into and enlarges the right of the slitting-mill.